| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) LAND, CLAY D | 2. Court or Organization GEORGIA-MIDDLE DISTRICT | 3. Date of Report 5/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE (Actual) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address P.O. BOX 2071 COLUMBUS, GA 31902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 17 A 8: 50 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE . (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income(If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE . (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE . (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D | 5/15/2005 |

## VII.  INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  CB&T BANK (CHECKING) | | None | J | T | | | | | |
| 2.  CB&T (MONEY MARKET) | B | Interest | M | T | | | | | |
| 3.  CB&T (CASH EQUIVALENTS) | B | Interest | M | T | | | | | |
| 4.  SMITH BARNEY (MONEY MARKET) | D | Dividend | O | T | | | | | |
| 5.  SYNOVUS SECURITIES (MONEY MARKET) | A | Dividend | K | T | | | | | |
| 6.  MORGAN KEEGAN (CASH) | A | Interest | L | T | | | | | |
| 7.  TIME WARNER, INC COMMON STOCK | | None | J | T | | | | | |
| 8.  CITIGROUP COMMON STOCK | A | Dividend | K | T | | | | | |
| 9.  CISCO COMMON STOCK | | None | J | T | | | | | |
| 10.  COUSINS PROP COMMON STOCK | D | Dividend | K | T | BUY | 04/21 | J | | |
| 11.  DELPHI AUTOMOTIVE COMMON STOCK | A | Dividend | J | T | | | | | |
| 12.  EDS COMMON STOCK | A | Dividend | J | T | | | | | |
| 13.  GILLETTE COMMON STOCK | A | Dividend | J | T | | | | | |
| 14.  INTEL COMMON STOCK | A | Dividend | K | T | | | | | |
| 15.  JAPANESE EQUITY FUND | | None | J | T | | | | | |
| 16.  COCA-COLA COMMON STOCK | A | Dividend | K | T | | | | | |
| 17.  LUCENT COMMON STOCK | | None | J | T | | | | | |
| 18.  MUNDER NET FUND | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. MICROSOFT COMMON STOCK | C | Dividend | K | T | | | | | |
| 20. AVAYA, INC COMMON STOCK | | None | J | T | | | | | |
| 21. SUNTRUST BANK COMMON STOCK | B | Dividend | L | T | | | | | |
| 22. SOUTHERN CO COMMON STOCK | D | Dividend | M | T | | | | | |
| 23. AT&T COMMON STOCK | | None | J | T | | | | | |
| 24. AT&T WIRELESS SERVICES COMMON STOCK | | None | | | SELL | 10/26 | J | A | |
| 25. UPS COMMON STOCK | | None | J | T | | | | | |
| 26. VISTEON COMMON STOCK | A | Dividend | J | T | | | | | |
| 27. RENTAL PROPERTY, COLUMBUS, GA | C | Rent | M | R | | | | | |
| 28. ST. PAUL TRAVELERS COS INC(FORMERLY TRAVELERS PPTY CORP COM) | A | Dividend | | | MERGER/ SOLD | 04/07 | J | A | |
| 29. ST PAUL TRAVELERS COS INC(FORMERLY T AVELE PPTY CORP COM) | A | Dividend | | | MERGER/ SOLD | 04/12 | J | A | |
| 30. COMCAST CORP COMMON STOCK | | None | J | T | | | | | |
| 31. NASDAQ 100 SHS | A | Dividend | J | T | BUY | 05/12 | J | | |
| 32. S & P SPYDER COMMON STOCK | B | Dividend | M | T | BUY | 03/23 | J | | |
| 33. S & P SPYDER COMMON STOCK | | | | | BUY | 05/12 | J | | |
| 34. HEWLETT-PACKARD CO COMMON STOCK | | None | J | T | | | | | |
| 35. WALT DISNEY CO COMMON STOCK | A | Dividend | K | T | | | | | |
| 36. ISHARES TR DOW JONES SELECT CLOSED END FD | A | Dividend | J | T | BUY | 02/03 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4) 
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,000-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | If not exempt from disclosure | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. ISHARES TR DOW JONES SELECT CLOSED END FD | | | | | BUY | 03/23 | J | | |
| 38. WESTERN BANK PUERTO RICO 1.6% MAT 1/31/2005 (CD) | | None | L | T | BUY | 07/26 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

1. SECTION VII - SINCE MY RETIREMENT ACCOUNTS ARE SELF DIRECTED IRA'S, I DID NOT LIST THEM IN AGGREGATE IN THE INVESTMENTS/ TRUST SECTION;  BUT INSTEAD, THE INDIVIDUAL ASSSETS CONTAINED IN THE IRA'S (CASH EQUIVALTENTS AND STOCK) ARE INCLUDED IN THE INDIVIDUAL LISTINGS OF CASH EQUIVALENTS AND STOCKS IN THE INVESTMENT/TRUST SECTION.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date  5/10/2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544